IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Cynthia Bates

Debtor

Bankruptcy No. 12-24229
Judge Eugene R. Wedoff
Chapter: 13

## CERTIFICATE OF SERVICE

TO:   Cynthia Bates, 13110 S. Rhodes Ave., Chicago, IL 60827
      Marilyn O. Marshall, 224 S. Michigan Ste 800, Chicago, IL 60604
      Pamela V Manicioto, 20 South Clark 28th Floor, Chicago, IL 60603
      Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Kenneth Bach, an attorney certify that I served the attached Response to Notice of Final Cure Payment by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on October 16, 2013.  The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Federal National Mortgage Association
("Fannie Mae"), creditor c/o Seterus, Inc.

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Cynthia Bates

Debtor

Bankruptcy No. 12-24229
Judge Eugene R. Wedoff
Chapter: 13

## **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

NOW COMES Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. (hereinafter "Creditor"), through its attorney, Kenneth Bach of Blumberg & Associates, LLC, in response to Trustee's Notice of Final Cure Payment filed on September 26, 2013 and states as follows:

1. That Creditor agrees with the Trustee's Notice which indicated that the amount required to cure the pre-petition default had been paid on September 26, 2013.

2. The Creditor hereby gives notice that the Debtor was in default post-petition on September 26, 2013. See Attached Exhibit A.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Federal National Mortgage
Association ("Fannie Mae"), creditor c/o
Seterus, Inc.

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE